| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **LaSalle Investors, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3315829** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1307 N. Clybourn Ave., Suite A** <br> **Chicago, IL 60610** <br> Number, Street, City, State & ZIP Code <br><br> **Cook** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **LaSalle Investors, LLC** _____   Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**_____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency_____
       Contact name_____
       Phone_____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **LaSalle Investors, LLC**
Name                                                                      Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April  3, 2017**
MM / DD / YYYY

X  **/s/ Arthur Holmer, Managing Member of Weiland Ventures, LLC**                **Arthur Holmer, Managing Member of Weiland Ventures, LLC**
Signature of authorized representative of debtor                                   Printed name

Title  **Managing Member of LaSalle Investors LLC**

**18. Signature of attorney**   X  **/s/ SCOTT R. CLAR**                          Date  **April  3, 2017**
Signature of attorney for debtor                                                        MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**    Email address

**06183741**
Bar number and State

Debtor  **LaSalle Investors, LLC**
 Name

Case number *(if known)*

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Erie Street Investors, LLC** | | Relationship to you | **Common Ownership** | |
| District | **Northern District of Illinois** | When **4/03/17** | Case number, if known | **17-10554** | |
| Debtor | **WSC Parking Fund I** | | Relationship to you | **Common Ownership** | |
| District | **Northern District of Illinois** | When **4/03/17** | Case number, if known | | |

Debtor  **Erie Street Investors, LLC** _____  Case number (if known) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 3, 2017**
              MM / DD / YYYY

X _/s/ signature_____     **Arthur Holmer, Managing Member of Weiland Ventures, LLC**
Signature of authorized representative of debtor   Printed name

Title  **Managing Member of Erie Street Investors LLC**

**18. Signature of attorney**

X _/s/ signature_____     Date **April 3, 2017**
Signature of attorney for debtor                      MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**    Email address _____

**06183741**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **LaSalle Investors, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 3, 2017**      X **/s/ Arthur Holmer, Managing Member of Weiland Ventures, LLC**
                                                          Signature of individual signing on behalf of debtor

                                                          **Arthur Holmer, Managing Member of Weiland Ventures, LLC**
                                                          Printed name

                                                          **Managing Member of LaSalle Investors LLC**
                                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Erie Street Investors, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  April 3, 2017                    X /s/ _____
                                              Signature of individual signing on behalf of debtor

**Arthur Holmer, Managing Member of Weiland Ventures, LLC**
Printed name

**Managing Member of Erie Street Investors LLC**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **LaSalle Investors, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adam and Melissa Berman** 3312 W. Peterson Chicago, IL 60659 | | | **Disputed** | | | **$50,000.00** |
| **Adaptly, Inc.** 747 N. LaSalle, #500 Chicago, IL 60654 | | **Tenant Security Deposit** | | | | **$17,621.84** |
| **Arsova, LLC** 747 N. LaSalle, #500A Chicago, IL 60654 | | **Tenant Security Deposit** | | | | **$8,480.00** |
| **Arthur Holmer** 1307 N. Clybourn Ave., Suite A Chicago, IL 60610 | | **Affiliate** | | | | **$61,083.50** |
| **Atcha, D.D.S. P.C.** 747 N. LaSalle, Suite Main N Chicago, IL 60654 | | **Tenant Security Deposit** | | | | **$15,000.00** |
| **Boardwalk Capital Holdings** 1307 N. Clybourn Ave., Suite A Chicago, IL 60610 | | **Affiliate** | | | | **$1,026,568.96** |
| **Boardwalk Capital Holdings - 3/24/17 Note** 1307 N. Clybourn Ave., Suite A Chicago, IL 60610 | | **Affiliate** | | | | **$26,717.00** |
| **City Outdoor Holdings, LLC** 1333 Broadway, #504 New York, NY 10018 | | **Tenant Security Deposit** | | | | **$20,000.00** |

Official form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                        page 1

Debtor **LaSalle Investors, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Colliers Bennett & Kahnweiler LLC** 6250 N. River Road, #11-100 Rosemont, IL 60018 | | | | | | $11,828.12 |
| **Greenstone Companies, LLC** 747 N. LaSalle, #450 Chicago, IL 60654 | | **Tenant Security Deposit** | | | | $14,269.00 |
| **Greenstone Partners** 30 E. Adams, #300 Chicago, IL 60603 | | | | | | $10,618.66 |
| **Inkling Incorporated** 747 N. LaSalle, #220 Chicago, IL 60654 | | **Prepaid rent** | | | | $14,589.96 |
| **Law Offices Field and Goldberg, LLC** 10 S. LaSalle St., #2910 Chicago, IL 60603 | | | | | | $109,239.86 |
| **Marc Realty, LLC** 17 N. State St., #990 Chicago, IL 60602 | | | | | | $39,636.18 |
| **Massage Therapy Centers of America** 747 N. LaSalle, #300 Chicago, IL 60654 | | **Tenant Security Deposit** | | | | $8,040.00 |
| **Railia & Associates, P.C.** 747 N. LaSalle, #700 Chicago, IL 60654 | | **Prepaid rent** | | | | $9,995.42 |
| **Rialto Capital Advisors** 790 NW 107th Ave., #400 Miami, FL 33172 | | | | $18,668,587.90 | $0.00 | $18,668,587.90 |
| **Robert Berman Real Estate LP** 3312 W. Peterson Chicago, IL 60659 | | | **Disputed** | | | $100,000.00 |
| **Wells Street Equities** 1307 N. Clybourn Ave., Suite A Chicago, IL 60610 | | **Affiliate** | | | | $175,000.00 |
| **Wells Street Management** 1307 N. Clybourn Ave., Suite A Chicago, IL 60610 | | **Affiliate** | | | | $33,970.07 |

# United States Bankruptcy Court
**Northern District of Illinois**

In re: **LaSalle Investors, LLC**

Debtor(s)

Case No.

Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **30**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **April 3, 2017**

**/s/ Arthur Holmer, Managing Member of Weiland Ventures, LLC**
**Arthur Holmer, Managing Member of Weiland Ventures, LLC**/**Managing Member of LaSalle Investors LLC**
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Erie Street Investors, LLC**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **39**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **April 3, 2017**

**Arthur Holmer, Managing Member of Weiland Ventures, LLC/Managing Member of Erie Street Investors LLC**
Signer/Title

Adam and Melissa Berman
3312 W. Peterson
Chicago, IL 60659

Colliers Bennett & Kahnweiler
6250 N. River Road, #11-100
Rosemont, IL 60018

Much Shelist, Field and Goldberg, LL
10 S. LaSalle St., #2910
Chicago, IL 60603

Adaptly, Inc.
747 N. LaSalle, #500
Chicago, IL 60654

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Marc Realty, LLC
17 N. State St., #990
Chicago, IL 60602

Arsova, LLC
747 N. LaSalle, #500A
Chicago, IL 60654

Cushman & Wakefield
200 S. Wacker Dr., #2800
Chicago, IL 60606

Massage Therapy Centers of Amer
747 N. LaSalle, #300
Chicago, IL 60654

Arthur Holmer
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

EIS Elevator Inspection Services
745 McClintock Dr., #235
Willowbrook, IL 60527

Railia & Associates, P.C.
747 N. LaSalle, #700
Chicago, IL 60654

Atcha, D.D.S. P.C.
747 N. LaSalle, Suite Main N
Chicago, IL 60654

Embassy Studio Corp.
747 N. LaSalle, #200
Chicago, IL 60654

Rialto Capital Advisors
790 NW 107th Ave., #400
Miami, FL 33172

Boardwalk Capital Holdings
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

Fields Janitorial Services Inc.
203 N. LaSalle, #2100
Chicago, IL 60601

Robert Berman Real Estate LP
3312 W. Peterson
Chicago, IL 60659

Boardwalk Capital Holdings -
   3/24/17 Note
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

Greenstone Companies, LLC
747 N. LaSalle, #450
Chicago, IL 60654

Steven C. Popuch and Associates
747 N. LaSalle, #500B
Chicago, IL 60654

Boardwalk Capital Holdings -
   Series G
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

Greenstone Partners
30 E. Adams, #300
Chicago, IL 60603

Wells Street Companies
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

boberdoo.com LLC
747 N. LaSalle, #210
Chicago, IL 60654

Gussis Lichtenfeld & Alexander LLC
6200 N. Hiawatha, #400
Chicago, IL 60646

Wells Street Equities
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

City Outdoor Holdings, LLC
1333 Broadway, #504
New York, NY 10018

Inkling Incorporated
747 N. LaSalle, #220
Chicago, IL 60654

Wells Street Management
1307 N. Clybourn Ave., Suite A
Chicago, IL 60610

# United States Bankruptcy Court
## Northern District of Illinois

In re   **LaSalle Investors, LLC**　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **LaSalle Investors, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Boardwalk Companies, LLC Series K**
**1307 N. Clybourn Ave., Suite A**
**Chicago, IL 60610**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 3, 2017** | **/s/ SCOTT R. CLAR** |
| Date | **SCOTT R. CLAR** |
| | Signature of Attorney or Litigant |
| | Counsel for   **LaSalle Investors, LLC** |
| | **Crane, Heyman, Simon, Welch & Clar** |
| | **Suite 3705** |
| | **135 South LaSalle Street** |
| | **Chicago, IL 60603-4297** |
| | **312-641-6777 Fax:312-641-7114** |

# United States Bankruptcy Court
## Northern District of Illinois

In re   Erie Street Investors, LLC                              Case No.
                            Debtor(s)                           Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Erie Street Investors, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Boardwalk Companies, LLC Series J**
**1307 N. Clybourn Ave., Suite A**
**Chicago, IL 60610**

☐ None [*Check if applicable*]

April 3, 2017
Date

SCOTT R. CLAR
Signature of Attorney or Litigant
Counsel for   Erie Street Investors, LLC
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**